IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHAMELEON LLC and GARY V. ) <br> LAYNE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 3:23cv763 |

## MOTION TO WITHDRAW AS COUNSEL

Amanda V. Lineberry, counsel for Respondents, respectfully moves to withdraw as counsel of record in the above-captioned matter. Ms. Lineberry will be leaving her employment with the U.S. Department of Justice on Friday, March 7, 2025. Respondents will continue to be represented by the other counsel of record from the U.S. Department of Justice.

Dated: March 3, 2025

Respectfully submitted,

LISA LYNNE RUSSELL
Deputy Assistant Attorney General

*/s/ Amanda V. Lineberry*
Amanda V. Lineberry
Virginia Bar No. 94862
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 616-5376
amanda.lineberry@usdoj.gov

## CERTIFICATE OF SERVICE

  I certify that on March 3, 2025, I filed the forgoing electronically, which sent a notice of electronic filing to all counsel of record in this matter.

                  /s/ *Amanda V. Lineberry*