IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,                )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )   Civil Action No. 3:23-cv-763–HEH
                                         )
CHAMELEON LLC and                        )
GARY V. LAYNE,                           )
                                         )
        Defendants.                      )

## ORDER
**(Granting Motion to Withdraw as Counsel)**

THIS MATTER is before the Court on the United States' Motion to Withdraw Amanda V. Lineberry as counsel of record (the "Motion to Withdraw," ECF No. 75), filed on March 3, 2025. Ms. Lineberry states that she will be leaving her employment with the U.S. Department of Justice on March 7, 2025. (Mot. at 1.) The United States will continue to be represented by the others listed as counsel of record. (*Id.*) Therefore, upon due consideration, the Motion to Withdraw is GRANTED. Amanda V. Lineberry is hereby RELIEVED as counsel in this matter.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
_____
Henry E. Hudson
Senior United States District Judge

Date: March 5, 2025
Richmond, Virginia