**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Civil Action No. 3:23cv763**

**CHAMELEON LLC,**

**and**

**GARY V LAYNE,**

**Defendants.**

**ORDER**

This matter comes before the Court on the parties' Ninth Joint Status Report (the "Status Report"). (ECF No. 105.) On March 19, 2025, the United States moved the Court to hold this case in abeyance in order to "brief new leadership [at the United States Department of Justice and Environmental Protection Agency] on the issues" in the case. (ECF No. 77, at 1.) The Court granted the request, and the case has since been stayed. (ECF No. 78.)

In the Status Report, the parties request that the Court "continu[e] to hold this matter in abeyance for an additional 60 days[,] [until] December 23, 2026." (ECF No. 105, at 3.) In support of that request, the parties state that they "have reached an agreed upon structure and process to resolve this matter." (ECF No. 105, at 2.) That process will require several steps, the first of which Defendants Chameleon LLC and Gary V. Layne initiated on September 29, 2026 by signing an Order of Consent with the Virginia Department of Environmental Quality ("VDEQ") that incorporates a Corrective Action Plan. (ECF No. 105, at 2.) That Corrective Action Plan should "become effective following a public comment period that runs through October 31, 2026." (ECF No. 105, at 2.) "Once effective, the VDEQ Order will be incorporated

into an Administrative Order on Consent issued by the [Environmental Protection Agency]." (ECF No. 105, at 2.) The parties "will jointly move to dismiss this matter with prejudice once the Administrative Order on Consent is effective." (ECF No. 105, at 2.)

Upon due consideration, the Court GRANTS the parties' joint request to hold this matter in abeyance until December 23, 2026.

In the event that the parties do not seek dismissal of the matter by December 23, 2026, the Court ORDERS the parties to submit an updated status report on or before December 16, 2026.

It is SO ORDERED.

/s/
M. Hannah Lauck
Chief United States District Judge

Date: 10/30/26
Richmond, Virginia